HELEN E. WOJTKOWIAK et al., Respondents, *v.* THE EVANGELICAL LUTHERAN ST. JOHN'S CHURCH OF BUFFALO, Appellant.

(Submitted March 3, 1933; decided April 11, 1933.)

*Noel S. Symons* for appellant.

*Edward H. Wolkind, David Smolak* and *Jacob Jacobson* for respondents.

*Meyer Kraushaar* and *Jesse Climenko* for cemetery corporations, *amici curiæ.*

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.